(91 South. 924)

BOYETT v. NESMITH. (6 Div. 936.) (Court of Appeals of Alabama. Dec. 20, 1921.)

Appeal from Circuit Court, Jefferson County; J. Q. Smith, Judge. Alexander Birch, of Birmingham, for appellant. C. C. Nesmith, of of Birmingham, for appellee.

SAMFORD, J. Affirmed on certificate, on motion of appellee.